# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143942

In re:

The Honorable SYLVIA A. JAMES,
Judge, 22nd District Court

SC: 143942
JTC: Formal Complaint No. 88

_____/

     In our March 23, 2012 order, we ordered that the Judicial Tenure Commission recommendation of action, if any, be submitted to this Court by June 15, 2012. On order of the Court, on the Court's own motion pursuant to MCR 9.203(C), the time limits for filings under MCR 9.224(A) and (B) are shortened as follows. Any petition to reject or modify the recommendation of the Judicial Tenure Commission is to be filed not later than June 29, 2012. The brief of the Commission is to be filed not later than 10 days after service of the petition. If a petition is filed, the Clerk is directed to set this matter for oral argument and submission on July 25, 2012 at 10:00 a.m.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2012

Clerk

t0502